UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| MICHAEL R. RAY, | ) | Civil Action No.: 4:07-0077-TLW-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **REPORT AND** |
| | ) | **RECOMMENDATION** |
| THE SUN NEWS (a McClatchy | ) | |
| Newspaper Company), FRED GREER, | ) | |
| and GARY WORTEL, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On January 8, 2007, Plaintiff, appearing pro se[1], filed his Complaint. On January 25, 2007, Plaintiff filed a Motion to Dismiss without prejudice (Document # 6). Defendants have not yet been served. However, on January 29, 2007, Defendant Fred Greer filed a letter (Document # 7) indicating Defendants were in agreement with the dismissal. Therefore, it is recommended that Plaintiff's Motion to Dismiss be granted and this action be dismissed without prejudice.

                                                                   s/Thomas E. Rogers, III
                                                                   Thomas E. Rogers, III
                                                                   United States Magistrate Judge

April 24, 2007
Florence, South Carolina

---

[1] Because Plaintiff is proceeding pro se, this case was automatically referred to the undersigned United States magistrate judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(e), DSC. Because this is a dispositive motion, this report and recommendation is entered for review by the district judge.